1110132.6

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| Japorium STRAUGHTER | ) Case No. Under Seal |
|  | ) 3:20MJ50-2 |
|  | ) |
|  | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Japorium STRAUGHTER
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 21, United States Code, Sections 846 and 841(a)(1) - conspiracy to possess with intent to distribute and distribute a controlled substance

Date: 03/17/2020

/s/
*Issuing officer's signature*

City and state: Richmond, VA

Roderick C. Young
United States Magistrate Judge
*Printed name and title*

RECEIVED UNITED STATES MARSHAL
2020 MAR 18 PM 4:13
RICHMOND OFFICE
EASTERN DISTRICT OF VIRGINIA

### Return

This warrant was received on *(date)* 3/10/20, and the person was arrested on *(date)* 3/20/20
at *(city and state)* Richmond, VA

Date: 3/20/20

Daniell Shimonah
*Arresting officer's signature*

DUSM Danielle Shimonah
*Printed name and title*