IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  3:20-MJ-50 |
| | ) | |
| ESTEE WASHINGTON | ) | |
| | ) | |
| And | ) | |
| | ) | |
| JAPORIUM STRAUGHTER, | ) | |
| | ) | |
| Defendants, | ) | |

## **ORDER**

This Court, having considered the Motion of the United States, General Orders 2020-03 and 07 suspending the grand jury as one measure to reduce the spread and health risks from COVID-19, and the evolving public health crisis behind those measures, hereby:

INCORPORATES the findings in General Orders 2020-03, 06, and 07, and

FINDS that under 18 U.S.C. § 3161(h)(7)(A), the interests of justice require an extension of the time period set forth in 18 U.S.C. § 3161(b) for the return of an indictment in this case. The Court has considered the circumstances of this case, the factors in § 3l61(h)(7)(B), and the findings in General Orders 2020-03, 06 and 07. The Court has temporarily suspended grand juries until May 1, 2020 because of evolving emergency circumstances and to help arrest the public-health threat posed by the spreading of the virus. The interests of justice outweigh the defendants' interest in speedy indictment in this case, and failure to grant such a continuance would not only make a continuation of that proceeding impossible but result in a miscarriage of justice. Therefore,

IT IS ORDERED that the deadline to indict the defendants in this matter is hereby extended to June 8, 2020.


Richmond, Virginia
April 10, 2020

_____ /s/
Roderick C. Young
United States Magistrate Judge